```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 16084
   NASHA C GRIFFIN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5337


-----------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 09/04/2007 and was confirmed 10/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   65.00%.

     The case was dismissed after confirmation 11/26/2008.
-----------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
TRIAD FINANCIAL CORP      SECURED NOT I   9690.00            .00             .00
TRIAD FINANCIAL CORP      UNSECURED       4880.45            .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        5684.10            .00        3795.68
STUART B HANDELMAN        UNSECURED      NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM  FILED LATE       713.94            .00             .00
ASSET ACCEPTANCE LLC      UNSECURED       1249.58            .00             .00
CITY OF CHICAGO DEPT OF   UNSECURED      NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED           .00             .00
LASALLE BANK              UNSECURED      NOT FILED           .00             .00
MALCOLM S GERALD          UNSECURED      NOT FILED           .00             .00
PREMIER EYE CARE & SURGE  UNSECURED      NOT FILED           .00             .00
SANJAY S JUTLA ESQ        UNSECURED      NOT FILED           .00             .00
TRS RECOVERY SVC          UNSECURED      NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        928.90            .00             .00
ASSET ACCEPTANCE LLC      UNSECURED        277.35            .00             .00
INTERNAL REVENUE SERVICE  UNSECURED        566.24            .00             .00
PREMIER BANKCARD          UNSECURED        448.20            .00             .00
JENNIFER A BLANC DOUGE    DEBTOR ATTY         .00                            .00
TOM VAUGHN                TRUSTEE                                         304.32
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                   4,100.00

PRIORITY                                    3,795.68
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           304.32

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 16084 NASHA C GRIFFIN
```

```
DEBTOR REFUND                                                              .00
                                       ----------------    ----------------
TOTALS                                        4,100.00            4,100.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 02/25/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```